UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN EXPRESS NATIONAL BANK,

        Plaintiff,

                                              Case No. 24-cv-10453
v.                                        Honorable Linda V. Parker

ROBERT SCOTT REMELIUS,

        Defendant.
_____/

**<u>ORDER REMANDING MATTER TO WAYNE COUNTY CIRCUIT COURT</u>**

On February 22, 2024, Defendant Robert Scott Remelius filed a notice of removal in this court, indicating that he was removing a lawsuit titled *American Express v. Rob Remelius* from Wayne County Circuit Court. (ECF No. 1.) In his notice of removal, Defendant asserted that this Court has federal subject matter jurisdiction pursuant to 28 U.S.C. § 1331. However, a basis for such jurisdiction was not apparent from Defendant's filing, and he failed to attach Plaintiff's Complaint and any other materials filed on the state-court docket as required under 28 U.S.C. § 1446(a). Therefore, this Court issued an order instructing Defendant, within seven days, "to correct the deficiencies in his removal by filing (a) an amended notice of removal 'containing a short and plain statement of the grounds for removal' and (b) 'a copy of all process, pleadings, and orders served upon [him

in the state court proceedings].'" (ECF No. 6 at PageID. 14 (quoting Fed. R. Civ. P. 8(a)(1); 28 U.S.C. § 1446(a).)

After receiving an extension to comply with the Court's order, Defendant filed an Amended Notice of Removal on March 26. (ECF No. 9.) This filing still neglects to establish a basis for this Court's jurisdiction. Defendant also has not filed the state-court documents.

Accordingly,

**IT IS ORDERED** that this matter shall be **REMANDED** to the Wayne County Circuit Court.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall refund Defendant's filing fee in the amount of $405.00 (Receipt No. 150009267) forthwith.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 29, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 29, 2024, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager